**Order filed August 13, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00690-CV
_____

### KEEBLE LOVALL AND LIZ YOUNG, Appellants

### V.

### U.S. BANK NATIONAL ASSOCIATION, NOT IN IT'S INDIVIDUAL CAPACITY BUT SOLEY AS TRUSTEE FOR THE RMAC TRUST, SERIES 2016-CTT, Appellee

**On Appeal from the County Court at Law No. 5**
**Fort Bend County, Texas**
**Trial Court Cause No. 18-CCV-061841**

## ORDER

This case was reinstated on May 16, 2019 and the brief was ordered due on June 17, 2019. On August 6, 2019, this court ordered appellants to file their brief by August 16, 2019. This court has since become aware that appellants have not filed the clerk's record in this case.

Accordingly, the clerk's record is due September 12, 2019 and appellants' brief will be due 30 days after the clerk's record is filed.

PER CURIAM